SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 06 0657 SI |
|     Plaintiff, | ) | [~~PROPOSED~~] |
| | ) | **ORDER MODIFYING CONDITIONS** |
|     v. | ) | **OF PRETRIAL RELEASE** |
| ALEXANDER BASSIGNANI, | ) | |
|     Defendant. | ) | |

    This matter arises out of a request by U.S. Pretrial Services for modification of the pretrial release conditions for Alexander Bassignani, a criminal defendant on release pending trial on charges of violating provisions of 18 U.S.C. § 2252. The matter came before the Court on March 16, 2007 for a hearing on the modification of pretrial release conditions. Defendant Bassignani was present and represented by Marcia Silver, Esq. Assistant United States Attorney Robert David Rees appeared for the United States of America. U.S. Pretrial Services was represented by Brad Wilson.

    At the hearing, pretrial services requested modification of the defendant's pretrial

MODIFICATION ORDER: UNITED STATES v. BASSIGNANI, CR 06 0657 SI

1  release conditions, the United States concurred, and the defendant objected.  Proffers and
2  arguments affecting modification were submitted by the parties at the hearing.
3       Upon consideration of the facts, proffers, and arguments presented, the Court
4  concluded that the defendant's pretrial release conditions should be modified.  The
5  present order memorializes the Court's new conditions imposed at the hearing.  18 U.S.C.
6  § 3142(c)(3) ("The judicial officer may at any time amend the [pretrial release] order to
7  impose additional or different conditions of release.").
8       In this case, Pretrial Services asserted that the defendant had been arrested for
9  assault with a firearm, though noted that the case was ultimately dismissed.  The United
10 States further noted that the defendant is a felon who has suffered at least one prior
11 conviction for a 1990 burglary.  The defendant argued that no firearms were involved in
12 the instant offense.  Based on the evidence above, the Court determined that the
13 defendant's conditions of pretrial release should be modified.

15       Pursuant to 18 U.S.C. § 3142(c)(3), IT IS ORDERED THAT:
16       (1) all conditions of pretrial release previously imposed upon defendant
17       Alexander Bassignani shall remain in full force and effect; and
18       (2) the following condition is added to the terms of defendant Alexander
19       Bassignani's pretrial release:  the defendant shall not possess any firearm,
20       destructive device, or other dangerous weapon.

23 Dated:  3/19/07



HON.
United States                    Judge

MODIFICATION ORDER:  UNITED STATES v. BASSIGNANI, CR 06 0657 SI

2