```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone:  (415) 436-7200
   Facsimile:  (415) 436-7234
   Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER BASSIGNANI, ) <br> ) <br> Defendant. ) <br> ) | No. CR 06 0657 SI <br><br> **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 16, 2007 TO MAY 18, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))** |

Defendant Alexander Bassignani appeared before the Court on March 16, 2007. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on May 18, 2007 at 11:00A.M., before the Honorable Susan Illston, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from March 16, 2007 to May 18, 2007. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1  2. Given these circumstances, the Court found that the ends of justice served by
2  excluding the period from March 16, 2007 to May 18, 2007 outweigh the best interest of
3  the public and the defendant in a speedy trial. § 3161(h)(8)(A).

4  3. Accordingly, and with the consent of the defendant, the Court ordered that the
5  period from March 16, 2007 to May 18, 2007 be excluded from Speedy Trial Act
6  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: _____7/19/07_____      _____/s_____
                                    ROBERT DAVID REES
                                    Assistant United States Attorney

DATED: _____7/19/07_____     _____/s_____
                                    STEPHEN SHAIKEN, ESQ.
                                    Attorney for Defendant

IT IS SO ORDERED.

DATED:_____         _____
                                    HON. SUSAN ILLSTON
                                    United States District Judge