SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER BASSIGNANI, <br><br> Defendant. | No. CR 06 0657 SI <br><br> **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 18, 2007 TO JUNE 29, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION** <br> **(18 U.S.C. § 3161(h)(8)(A))** |

    Defendant Alexander Bassignani appeared before the Court on May 18, 2007. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a motions hearing on July 27, 2007 at 11:00A.M., before the Honorable Susan Illston, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 18, 2007 to June 29, 2007, the anticipated filing date of the aforementioned motions. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of

due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 18, 2007 to June 29, 2007 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 18, 2007 to June 29, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: _____7/19/07_____        _____/s_____
                                       ROBERT DAVID REES
                                       Assistant United States Attorney


DATED: _____7/19/07_____       _____/s_____
                                       STEPHEN SHAIKEN, ESQ.
                                       Attorney for Defendant


IT IS SO ORDERED.

DATED:_____             _____/s/ Susan Illston_____
                                       HON. SUSAN ILLSTON
                                       United States District Judge

2