SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0657 SI |
|     Plaintiff, ) | |
| v. ) | STIPULATION REQUESTING CONTINUANCE OF STATUS HEARING, AND [PROPOSED] ORDER |
| ALEXANDER BASSIGNANI, ) | |
|     Defendants. ) | |

    The parties respectfully stipulate as follows:

    1.    On August 20, the Court granted in part defendant's motion to suppress. On August 17, at the hearing on the motion to suppress, the Court set this matter for a status hearing on Friday, September 21.

    2.    The United States today filed a protective notice of appeal of the August 20 suppression order, pending a decision by the Solicitor General on whether to proceed with the appeal. Undersigned counsel for the United States is informed that the Solicitor General's decision will take approximately 60 days.

    3.    Based on this development, the parties jointly ask the Court to vacate the

STIPULATION AND [PROPOSED] ORDER
CR 06-0657 SI

September 21 status conference and to re-set it for November 30, 2007, at 11:00 a.m.

4. The parties agree that the time from the filing of the notice of appeal on September 19, 2007, until resolution of the appeal is properly excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(E).

IT IS SO STIPULATED.

DATED: September 19, 2007

        /s/
STEPHEN SHAIKEN
Attorney for Defendant

DATED: September 19, 2007

        /s/
ANDREW P. CAPUTO
Attorney for the United States

### [PROPOSED] ORDER

In accordance with the stipulation of the parties, the status hearing currently set for September 21, 2007, is vacated and reset for November 30, 2007, at 11:00 a.m. The time from the filing of the notice of appeal on September 19, 2007, until resolution of the appeal is properly excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(E).

IT IS SO ORDERED.

DATED: September ___, 2007

        _____
HONORABLE SUSAN ILLSTON
United States District Judge