```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Acting Chief, Criminal Division

 4  ANDREW P. CAPUTO (CSBN 203655)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-7004
 7      Facsimile: (415) 436-7234
        E-Mail: andrew.caputo@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0657 SI |
| Plaintiff, | ) ) | STATUS REPORT AND [PROPOSED] ORDER |
| v. | ) ) | |
| ALEXANDER BASSIGNANI, | ) ) | |
| Defendants. | ) ) | |

    This matter is currently the subject of an interlocutory appeal by the United States of a suppression order entered by the Court on August 20, 2007. The Court has directed that the parties file a report by November 15 concerning the status of that appeal.

    The Ninth Circuit held oral argument on the appeal on September 11, 2008, and deemed the case submitted at the conclusion of that argument. No ruling has yet issued on the appeal.

    The parties respectfully recommend that the Court order them to file an additional status report on the appeal no later than December 15, 2008.

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI

| | | |
|---|---|---|
| 1 | Dated: November 14, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | _____/s/_____ |
| 5 | | ANDREW P. CAPUTO<br>Assistant United States Attorney |

_____/s/_____
STEPHEN SHAIKEN
Attorney for Defendant

### [PROPOSED] ORDER

Having reviewed the parties' report on the status of the pending interlocutory appeal, the Court ORDERS the parties to file an additional status report no later than December 15, 2008.

IT IS SO ORDERED.

DATED: November ___, 2008

_____
HONORABLE SUSAN ILLSTON
United States District Judge

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI                                                                 2