**FILED**

JAN 22 2009

~~PROPOSED~~ ORDER/COVER SHEET

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TO:**   **Honorable Maria Elena James**   **RE:**   Bassignani, Alexander
**U.S. Magistrate Judge**

**FROM:**   **Richard W. Wieking, Acting Chief**   **DOCKET NO.:**   **CR 06-00657 SI**
**U.S. Pretrial Services Officer**

**January 20, 2009**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Rich Sarlatte | 415-436-7508 |
| --- | --- |
| **U.S. Pretrial Services Officer Assistant** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☒ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

**JUDICIAL OFFICER**

1-22-09

**DATE**

Cover Sheet (03/26/08)