| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | ANDREW P. CAPUTO (CSBN 203655)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7004 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: andrew.caputo@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0657 SI |
| Plaintiff, | ) ) | STATUS REPORT AND [PROPOSED] ORDER |
| v. | ) ) | |
| ALEXANDER BASSIGNANI, | ) ) | |
| Defendants. | ) ) | |

This matter is currently the subject of an interlocutory appeal by the United States of a suppression order entered by the Court on August 20, 2007. The Court has directed the parties to file a report by February 15 concerning the status of that appeal.

The Ninth Circuit held oral argument on the appeal on September 11, 2008, and deemed the case submitted at the conclusion of the argument. No ruling has yet issued on the appeal.

The parties respectfully recommend that the Court order them to file an additional status report on the appeal no later than March 15, 2009.

//

//

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI

| | | |
|---|---|---|
| 1 | Dated: February 17, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | _____/s/_____<br>ANDREW P. CAPUTO |
| 5 | | Assistant United States Attorney |

_____/s/_____
STEPHEN SHAIKEN
Attorney for Defendant

### [PROPOSED] ORDER

Having reviewed the parties' report on the status of the pending interlocutory appeal, the Court ORDERS the parties to file an additional status report no later than March 15, 2009.

IT IS SO ORDERED.

DATED: February ___, 2009

_____
HONORABLE SUSAN ILLSTON
United States District Judge

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI                    2