JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0657 SI |
| Plaintiff, ) | |
| ) | STATUS REPORT AND [PROPOSED] |
| v. ) | ORDER |
| ) | |
| ALEXANDER BASSIGNANI, ) | |
| Defendants. ) | |

    This matter is currently the subject of an interlocutory appeal by the United States of a suppression order entered by the Court on August 20, 2007. The Court has directed the parties to file a report by March 16 concerning the status of that appeal.

    The Ninth Circuit held oral argument on the appeal on September 11, 2008, and deemed the case submitted at the conclusion of the argument. No ruling has yet issued on the appeal.

    The parties respectfully recommend that the Court order them to file an additional status report on the appeal no later than April 15, 2009.

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI

Dated: March 16, 2009                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         _____/s/_____
                                         ANDREW P. CAPUTO
                                         Assistant United States Attorney


                                         _____/s/_____
                                         STEPHEN SHAIKEN
                                         Attorney for Defendant


# [PROPOSED] ORDER

Having reviewed the parties' report on the status of the pending interlocutory appeal, the Court ORDERS the parties to file an additional status report no later than April 15, 2009.

IT IS SO ORDERED.

DATED:    March ___, 2009                _____
                                         HONORABLE SUSAN ILLSTON
                                         United States District Judge

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI                              2