1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0657 SI |
|     Plaintiff, | STATUS REPORT AND [PROPOSED] ORDER |
|     v. | |
| ALEXANDER BASSIGNANI, | |
|     Defendants. | |

    The Court previously directed the parties to file a report by April 15 concerning the status of the government's interlocutory appeal of the suppression order this Court entered on August 20, 2007.

    In an opinion issued on March 25, 2009, the Ninth Circuit reversed this Court's suppression order. Defendant Alexander Bassignani intends to file a rehearing petition with the Ninth Circuit today. The Ninth Circuit's mandate will not issue until the rehearing petition is resolved.

    The parties respectfully recommend that the Court order them to file by May 15, 2009, a report on the status of proceedings in the Ninth Circuit.

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI

| | |
|---|---|
| Dated: April 15, 2009 | Respectfully submitted,<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>_____/s/_____<br>ANDREW P. CAPUTO<br>Assistant United States Attorney<br><br><br>_____/s/_____<br>STEPHEN SHAIKEN<br>Attorney for Defendant |

**[PROPOSED] ORDER**

Having reviewed the parties' report on the status of the interlocutory proceedings in the Ninth Circuit, the Court ORDERS the parties to file an additional status report no later than May 15, 2009.

IT IS SO ORDERED.

DATED:     April ___, 2009

_____
HONORABLE SUSAN ILLSTON
United States District Judge

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI                                             2