1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7004
7      Facsimile: (415) 436-7234
       E-Mail: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,        )   No. CR 06-0657 SI
                                 )
        Plaintiff,               )   STATUS REPORT AND [PROPOSED]
                                 )   ORDER
     v.                          )
                                 )
ALEXANDER BASSIGNANI,            )
                                 )
        Defendants.              )
_____)

    The Court previously directed the parties to file a report by May 15 concerning the status of the government's interlocutory appeal of the suppression order this Court entered on August 20, 2007.

    In an opinion issued on March 25, 2009, the Ninth Circuit reversed this Court's suppression order. On April 15, 2009, defendant Alexander Bassignani filed a petition for rehearing en banc. The Ninth Circuit has ordered the United States to file a response to defendant's rehearing petition. That response is due in the Ninth Circuit on May 29, 2009.

    In light of these ongoing proceedings in the appellate court, the parties recommend that the Court order them to file an additional status report no later than July 15, 2009.

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI

| | |
|---|---|
| Dated: May 15, 2009 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | _____/s/_____<br>ANDREW P. CAPUTO<br>Assistant United States Attorney |
| | _____/s/_____<br>STEPHEN SHAIKEN<br>Attorney for Defendant |

# [PROPOSED] ORDER

Having reviewed the parties' report on the status of the interlocutory proceedings in the Ninth Circuit, the Court ORDERS the parties to file an additional status report no later than July 15, 2009.

IT IS SO ORDERED.

DATED:    May ___, 2009

_____
HONORABLE SUSAN ILLSTON
United States District Judge

STATUS REPORT AND [PROPOSED] ORDER
CR 06-0657 SI                                2